

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2014

No. 04-14-00261-CR

Darrick Davon **OLIVER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1844
Honorable Ray Olivarri, Judge Presiding

# O R D E R

On December 8, 2014, appellant, Darrick Oliver, filed a pro se motion to strike the brief filed by his appointed attorney, dismiss his appointed attorney, and for permission to represent himself on appeal. Counsel's appellate brief on behalf of Oliver was filed August 19, 2014. The State's brief was October 2, 2014. This case is currently set for submission on the briefs on December 9, 2014.

Counsel's brief was filed almost four months ago, yet appellant has waited until the day before submission to file his motion. Given the last minute filing of the pro se motion, the record suggests appellant is "acting out of a desire to manipulate the orderly procedures of the appellate system or to interfere with the fair administration of justice," and we hold his request is untimely. *See Hubbard v. State*, 739 S.W.2d 341, 344 (Tex. Crim. App. 1987). We therefore **DENY** appellant's pro se motion.

We **order** the clerk of this court to serve a copy of this order on the pro se and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2014.



Keith E. Hottle
Clerk of Court